## SANHUEZA v. LIBERTY STEEL ERECTORS

No. 295P96

Case below: 122 N.C.App. 603

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## SAUMS v. RALEIGH COMMUNITY HOSPITAL

No. 494PA96

Case below: 124 N.C.App. 219

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 7 February 1997.

## SHEARIN v. STATE FARM FIRE AND CASUALTY CO.

No. 520P96

Case below: 124 N.C.App. 458

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## SMITH v. MOODY

No. 477P96

Case below: 124 N.C.App. 203

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

## STATE v. ARTIS AND OWENS

No. 370P96

Case below: 123 N.C.App. 358

Petition by defendant (Owens) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.